lants, v PATRICIA A. SHAEFFER et al., Defendants, and THEA A. WOLKOWICZ et al., Respondents. (Appeal No. 2.) [638 NYS2d 379] —Judgment unanimously affirmed without costs. Same Memorandum as in *Koperda v Town of Whitestown* ([appeal No. 1] 224 AD2d 944 [decided herewith]). (Appeal from Judgment of Supreme Court, Oneida County, Grow, J.—Negligence.) Present—Denman, P. J., Pine, Wesley, Balio and Boehm, JJ.

■ WALTER J. KOPERDA et al., Plaintiffs, v TOWN OF WHITESTOWN et al., Defendants. WALTER J. KOPERDA et al., Appellants, v PATRICIA A. SHAEFFER et al., Defendants, and ALISON M. O'LEARY et al., Respondents. (Appeal No. 3.) [638 NYS2d 367] —Judgment unanimously affirmed without costs. Same Memorandum as in *Koperda v Town of Whitestown* ([appeal No. 1] 224 AD2d 944 [decided herewith]). (Appeal from Judgment of Supreme Court, Oneida County, Grow, J.—Negligence.) Present—Denman, P. J., Pine, Wesley, Balio and Boehm, JJ.

■ WALTER J. KOPERDA et al., Appellants, v TOWN OF WHITESTOWN et al., Respondents, et al., Defendants. (Appeal No. 4.) [638 NYS2d 369] —Judgment unanimously affirmed without costs. Same Memorandum as in ·*Koperda v Town of Whitestown* ([appeal No. 1] 224 AD2d 944 [decided herewith]). (Appeal from Judgment of Supreme Court, Oneida County, Grow, J.— Negligence.) Present—Denman, P. J., Pine, Wesley, Balio and Boehm, JJ.

■ WALTER J. KOPERDA et al., Appellants, v TOWN OF WHITESTOWN et al., Respondents. WALTER J. KOPERDA et al., Appellants, v PATRICIA A. SHAEFFER et al., Defendants, and THEA A. WOLKOWICZ et al., Respondents. (Appeal No. 5.) [638 NYS2d 370] —Appeal unanimously dismissed without costs *(see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Set Aside Verdict.) Present—Denman, P. J., Pine, Wesley, Balio and Boehm, JJ.

■ WALTER J. KOPERDA et al., Appellants, v TOWN OF WHITESTOWN et al., Respondents. WALTER J. KOPERDA et al., Appellants, v PATRICIA A. SHAEFFER et al., Defendants, and THEA A. WOLKOWICZ et al., Respondents. (Appeal No. 6.) [638 NYS2d 370] —Order unanimously affirmed without costs. Same Memorandum as in *Koperda v Town of Whitestown* ([appeal No. 1] 224 AD2d 944 [decided herewith]). (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Settle Record on Appeal.) Present—Denman, P. J., Pine, Wesley, Balio and Boehm, JJ.